Case 4:23-cv-04132   Document 7   Filed on 12/27/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 28, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FAHEEM RAZZAK<br>SUMBAL RASHID,<br>    Plaintiffs<br><br>VS<br><br>UR MENDOZA JADDOU, *et al*<br>    Defendants. | §<br>§<br>§<br>§   CIVIL ACTION NO. 4:23cv4132<br>§<br>§<br>§<br>§ |

### ORDER OF DISMISSAL

In accordance with the Plaintiff's Notice of Dismissal filed on December 23, 2023, (Doc. No. 6) this case is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED this 27th day of December, 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE